IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:04CR3146 |
| V. | ) | |
| BRENDA DENISE BERG, | ) | ORDER |
| Defendant. | ) | |

With the agreement of all parties,

IT IS ORDERED that the previous order of referral to the Bureau of Prisons (filing 54) is withdrawn and rescinded. The Clerk shall deliver a copy of this order to the United States Marshals Service.

DATED this 21st day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge